UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LYDA HAAG, INDIVIDUALLY AND AS NEXT FRIEND AND GUARDIAN OF BABY L.T., ET AL. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 1:20-op-45195 MDL NO. 1:17-md-02804 |
| Plaintiff, | | |
| -vs- | | O R D E R |
| MCKESSON CORPORATION; CARDINAL HEALTH, INC.L AMERISOURCEBERGEN CORPORATION; ET AL | | |
| Defendant, | | |

In light of the failure by Plaintiff or Plaintiff's guardian to provide to the Court notice of replacement counsel, this action is DISMISSED without prejudice.

IT IS ORDERED.

Date: August 19, 2025

*s/Dan Aaron Polster*
Dan Aaron Polster
United States District Judge